1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CEDRIC GREENE,

11            Plaintiff,                    No. CIV S-09-1014 EFB P

12        vs.

13   M. BRHEL,

14            Defendant.                    ORDER
                                         /
15

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a).  This

18   proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is

19   before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal.

20   Local Rules, Appx. A, at (k)(4).

21        Plaintiff has submitted the affidavit required by § 1915(a) showing that he is unable to

22   prepay fees and costs or give security therefor.  Accordingly, the request to proceed *in forma*

23   *pauperis* will be granted.  28 U.S.C. § 1915(a).

24        Determining plaintiff may proceed *in forma pauperis* does not complete the required

25   inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time

26   if it determines the allegation of poverty is untrue, or if the action is frivolous or malicious, fails

1

1    to state a claim on which relief may be granted, or seeks monetary relief against an immune

2    defendant.

3            On April 15, 2009, plaintiff filed a civil rights complaint, initiating this action.  Dckt. No.

4    1.  The court's own records reveal that on January 26, 2009, plaintiff filed another complaint in

5    this district, which contained virtually identical allegations to the complaint filed in this action.

6    *See Greene v. Board of Prison Terms*, No. Civ. S-09-0229 LKK DAD, Dckt. Nos. 1 (January 26,

7    2009 original complaint), 7 (November 18, 2009 amended complaint).[1]

8            Due to its duplicative nature, the court will dismiss this action.  *See* 28 U.S.C.

9    § 1915A(b)(1) (allowing district courts to dismiss prisoner actions that are frivolous); *see also*

10   *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (a complaint that "merely repeats

11   pending or previously litigated claims" may be dismissed as frivolous under the authority of 28

12   U.S.C. § 1915).

13           In accordance with the above, IT IS HEREBY ORDERED that:

14           1.  This action is dismissed as frivolous;

15           2.  All pending motions are denied; and

16           3.  The Clerk is directed to close the case.

17   Dated:  December 10, 2010.

18   _____
     EDMUND F. BRENNAN
19   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26   [1]  A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*,
     803 F.2d 500, 504 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

2